UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| LELAND FOSTER, | : |
| Plaintiff, | : Case No. 3:23-cv-195 |
| v. | : |
| | : Judge Thomas M. Rose |
| KKAM HOSPITALITY, LLC, an Ohio Limited Liability Company | : |
| Defendant. | : |

### ENTRY AND ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the Parties' Stipulation and Proposed Order of Dismissal ("Motion") (Doc. No. 7).

IT IS ORDERED that this matter is dismissed with prejudice, with each party to bear its own attorneys' fees, costs, and expenses.

IT IS FURTHER ORDERED that the Court retains jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.

**DONE** and **ORDERED** in Dayton, Ohio, this Tuesday, April 9, 2024.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE